IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TROY BANISTER, | ) | |
| Plaintiff, | ) | No. 06 C 5759 |
| v. | ) | |
| CITY OF CHICAGO and CHICAGO | ) | JUDGE DARRAH |
| POLICE OFFICER CRAIG BURTON | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Mason |
| SERGEANT MARC MOORE | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION *IN LIMINE* TO INSTRUCT DEFENDANTS FROM VOLUNTEERING
IRRELEVANT AND PREJUDICIAL INFORMATION**

Defendants, Craig Burton, Marc Moore and the City of Chicago, by one of their attorneys, Scott Jebson, Chief Assistant Corporation Counsel for the City of Chicago, for their response to Plaintiff's Motion *In Limine* to Instruct Defendants from Volunteering Irrelevant and Prejudicial Information, states as follows:

In his motion *in limine*, Plaintiff sets out two answers that Sgt. Moore gave to questions by plaintiff's attorney at the criminal trial. Apparently, plaintiff did not like those answers and believes those answers were not responsive to the questions posed. At the outset, Defendants disagree with Plaintiff's position that the answers to the questions were not responsive. In any event, if during the trial Plaintiff believes that an answer to a question is not responsive, the proper procedure is to object at trial, not to file a motion *in limine*. As such, this motion should be denied.

Respectfully submitted,

  /s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel
Attorney for individual defendants

30 N. LaSalle Street, Suite 1400
ARDC# 6225243
Chicago, Illinois 60602
(312)744-6959
(312)744-6566 (FAX)